UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Leonis Bellinger II

          Plaintiff

-vs-

Nassau County

          Defendant(s)
_____

**20-cv-3605**

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, Leonis Bellinger II, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____

    _____

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

    12/20/18 – 11/10/19    $4,800

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    No

        a) Are you receiving any public benefits?      ☑ No.  ☐ Yes, $ _____

        b) Do you receive any income from any other source?  ☑ No.  ☐ Yes, $ _____

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    Savings #134

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

    N/A

7. Do you pay for rent or for a mortgage? If so, how much each month?

    #750 rent

8. State any special financial circumstances which the Court should consider.

    ~~Have a family of (5)~~ N/A

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this 24 day of April, 2020

_Taylor Perry_
Taylor Perry
Notary Public, State of New York
Reg. No. 01PE6393362
Qualified in Essex County
My Commission Expires June 17, 2023

_Leonid Bellnicky_
(signature)